UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ADAM TROY STELTZ,

    Petitioner,

v.

BRAD CAIN,

    Respondent.

Case No. 2:19-cv-01064-CL

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

MCSHANE, District Judge:

Petitioner moves to voluntarily dismiss his Petition filed under 28 U.S.C. § 2254 and to vacate the filing fee. Petitioner's Motion to Vacate Filing Fee (ECF No. 34) is DENIED. The Court granted petitioner in forma pauperis status and he paid no filing fee. Petitioner's Motion to Dismiss (ECF No. 33) is GRANTED. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 2nd day of December, 2020.

                                            s/ Michael J. McShane
                                            MICHAEL J. MCSHANE
                                            United States District Judge